FILED
CHARLOTTE, NC

JUL 17 2013

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:13-mj-00193-DSC |
| ) | |
| vs. ) | ORDER OF DISMISSAL |
| ) | |
| IMRAN YASEEN, and ) | |
| POOJAN PATEL ) | |

Leave of Court is hereby granted for the dismissal of the criminal complaint as to defendants IMRAN YASEEN and POOJAN PATEL in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service and the United States Attorney's Office.

This 17th day of July, 2013.

_____
United States Magistrate Judge